# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bohm, Jeffrey E. | U.S. Bankruptcy Court | 08/13/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active Status | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

6202 Bob Casey Fed Courthouse
515 Rusk Street
Houston, Texas 77002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust Account # 1 |
| 2. Adjunct Professor of Law | College of Law, University of Houston Law Center |
| 3. Adjunct Professor of Law | South Texas College of Law |
| 4. Personal Representative | Estate #1 |
| 5. Trustee | Trust Account #2 |
| 6. Trustee | Trust Account #3 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2011 | College of Law, University of Houston Law Center. I taught Advanced Bankruptcy in the Spring 2011 semester. I received $1,200 for teaching this course. |
| 2. 2011 | South Texas College of Law. I taught Business Bankruptcy & Reorg in the Spring 2011 semester. I received $3,300 for teaching this course. |
| 3. 2012 | College of Law, UH Law Center. I have agreed to teach Advanced Bankruptcy in the Spring semester of 2012. I will receive $1,200 for teaching this course. |
| 4. 2012 | South Texas College of Law. I have agreed to teach Business Bankruptcy & Reorg in the Spring semester of 2012. I will receive $3,300 for teaching this course. |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 08/13/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 05/16/11 | College of Law, UH Law Foundation - Compensation Adjunct Professor | $1,200.00 |
| 2. 01 - 05/11 | South Texas College of Law - Compensation Adjunct Professor | $3,300.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Employees Retirement System of Texas - Retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Arkansas Bar Association | April 13-15, 2011 | Little Rock, AR | Non-FJC educational seminar or program | meals, transportation, airfare, and lodging |
| 2. | State Bar of Texas (Bankruptcy Law Section) | May 25-27, 2011 | Horseshoe Bay, TX | Non-FJC educational seminar or program | meals and lodging |
| 3. | University of Texas Continuing Legal Education | August 10-12, 2011 | Galveston, TX | Educational activities exclusive of judicial education | meals, transportation and lodging |
| 4. | Farm, Ranch & Agri-Business Bankruptcy Institute | October 19-22, 2011 | Lubbock, TX | Non-FJC educational seminar or program | meals, transportation and airfare |
| 5. | National Association of Attorneys General | October 26-27, 2011 | Austin, TX | Non-FJC educational seminar or program | transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 08/13/2012 |

| 6. | Bankruptcy Bar Foundation of the S.D. of Florida, Inc. | November 12-17, 2011 | Miami, FL | Educational activities exclusive of judicial education | meals, transportation, airfare, fax fees, and lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Southwest Airlines VISA (see part VIII) | Credit Card | K |
| 2. | Bank of America | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. University Federal Credit Union accounts (see part VIII) | A | Interest | M | T | | | | | |
| 2. Texas Health Credit Union accounts (see part VIII) | | None | M | T | | | | | |
| 3. Comerica Bank account | A | Interest | K | T | | | | | |
| 4. Wells Fargo Bank, N.A. accounts | | None | J | T | | | | | |
| 5. Bank of America, N.A. account | A | Interest | J | T | | | | | |
| 6. JP Morgan Chase Bank, N.A. accounts (see part VIII) | A | Interest | L | T | | | | | |
| 7. Velocity Credit Union accounts | A | Interest | J | T | | | | | |
| 8. Duke Energy Corp. common (DRIP Shares) | A | Dividend | J | T | | | | | |
| 9. Glaxosmithkline PLC com (DRIP Shares) | A | Dividend | J | T | | | | | |
| 10. Imation Corp. common | | None | J | T | | | | | |
| 11. Whole Foods Mkt Inc. common | A | Dividend | J | T | | | | | |
| 12. T Rowe Price Growth Stock Fund | A | Dividend | M | T | | | | | |
| 13. Dreyfus Liquid Assets Class 1 | | None | J | T | | | | | |
| 14. Dell, Inc. common | | None | J | T | | | | | |
| 15. IRA # 1 (UFCU-JB) | | | | | | | | | |
| 16. - University Federal Credit Union | A | Interest | J | T | | | | | |
| 17. IRA # 2 (UFCU-MEP) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - University Federal Credit Union | A | Interest | J | T | | | | | |
| 19. IRA # 3 (3382) | | | | | | | | | |
| 20. - New England Securities Daily Income Money Mkt Retail Cl | | None | J | T | | | | | |
| 21. - PIMCO Commodity Real Return Strategy Fund Cl D | A | Dividend | J | T | | | | | |
| 22. - Templeton Global Bond Fund Class A | A | Dividend | J | T | Buy (add'l) | 04/27/11 | J | | |
| 23. - John Hancock High Yield Class A | A | Dividend | J | T | Sold (part) | 04/27/11 | J | | |
| 24. - Davis New York Venture Class A | A | Dividend | J | T | | | | | |
| 25. - American Funds: The Growth Fund of America Class F-1 | A | Dividend | J | T | | | | | |
| 26. - Eagle Sm Cap Grwth Fd Cl A | | None | J | T | Sold (part) | 04/27/11 | J | A | |
| 27. - Perkins Mid Cap Value Fd Class T | A | Dividend | J | T | | | | | |
| 28. - Alger Midcap Growth Fund Class A | | None | J | T | | | | | |
| 29. - American Funds: Europacific Growth Fd Class F-1 | A | Dividend | J | T | Sold (part) | 04/27/11 | J | A | |
| 30. - T Rowe Price Emerging Markets Stock (Fd) | A | Dividend | J | T | Buy (add'l) | 04/27/11 | J | | |
| 31. - Alpine Intl Real Estate Eq Fd Cl Y | A | Dividend | J | T | Sold (part) | 04/27/11 | J | A | |
| 32. - Gabelli Ent Mgr & Acq Fd Cl A | | None | J | T | | | | | |
| 33. - Hussman Strategic Growth Fund | A | Dividend | J | T | Buy (add'l) | 04/27/11 | J | | |
| 34. - Columbia Sel Smlr-CapVal Fd Cl A | A | Dividend | J | T | Sold (part) | 04/27/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Mainstay ICAP Equity Fund Cl A | A | Dividend | J | T | | | | | |
| 36. - Invesco Intl Growth Fund Cl A | A | Dividend | J | T | Buy | 04/27/11 | J | | |
| 37. IRA # 6 (JB-AM) (021) (see part VIII) | | | | | | | | | |
| 38. - Ameriprise Insured Money Market | | None | J | T | | | | | |
| 39. - Invesco Global Core Equity - B fka Invesco Basic Val - B | A | Dividend | J | T | | | | | |
| 40. - Invesco Real Estate - B | A | Dividend | J | T | | | | | |
| 41. - Oppenheimer Funds:OPP Small &M/Cap Value - A | | None | J | T | | | | | |
| 42. - Invesco Van Kampen Val Opps - B fka Invesco VK Gbl Fr - B | C | Dividend | J | T | | | | | |
| 43. - MFS Family of Funds:MFS Utilities - B | A | Dividend | J | T | | | | | |
| 44. IRA # 7 (MEP-AM) (004) | | | | | | | | | |
| 45. - RVS Retirement Advisor Advantg 4 Var Ann | | None | K | T | | | | | |
| 46. 457 Deferred Compensation Plan at State of Texas | A | Dividend | K | T | | | | | |
| 47. 401K at State of Texas | C | Dividend | N | T | | | | | |
| 48. RiverSource Variable Univ Life Insurance Policy | | None | J | T | | | | | |
| 49. Northwestern Whole Life Insurance Policy | C | Dividend | K | T | | | | | |
| 50. Schulle, LLC (see part VIII) | E | Rent | N | W | | | | | |
| 51. Trust Acct # 1 - Trustee | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - New England Securities Daily Income Money Mkt Retail Cl | A | Dividend | J | T | | | | | |
| 53. - Invesco Intl Grwth Fd Cl A | A | Dividend | J | T | Sold (part) | 04/21/11 | J | A | |
| 54. - Cohen & Steers Global Realty Fd Cl A | A | Dividend | J | T | Sold (part) | 04/21/11 | J | | |
| 55. - Columbia Mid Cap Value Fund Cl A | A | Dividend | J | T | Sold (part) | 04/21/11 | J | A | |
| 56. - Davis New York Venture Cl A | A | Dividend | J | T | Sold (part) | 04/21/11 | J | | |
| 57. - Wells Fargo Advantage ST Muni Bd Fd Cl A | A | Int./Div. | K | T | Sold (part) | 04/21/11 | J | A | |
| 58. - American Funds: The Growth Fund of America Cl F-1 | A | Dividend | J | T | Sold (part) | 04/21/11 | J | | |
| 59. - John Hancock High Yield Cl A | A | Dividend | J | T | | | | | |
| 60. - Templeton Global Bond Fund Cl A | A | Dividend | J | T | Sold (part) | 04/21/11 | J | A | |
| 61. - American Funds: Europacific Growth Fd Cl F-1 | A | Dividend | J | T | Sold (part) | 04/21/11 | J | | |
| 62. - PIMCO Commodity Real Return Strategy Fund A | A | Dividend | J | T | Sold (part) | 04/21/11 | J | | |
| 63. - Mainstay ICAP Equity Fund Cl A | A | Dividend | J | T | Sold (part) | 04/21/11 | J | | |
| 64. - Capital World Bond Fund Cl F-1 | A | Dividend | J | T | Buy (add'l) | 04/21/11 | J | | |
| 65. - Prudential High Yld Fd Inc Cl A | A | Dividend | J | T | Sold (part) | 04/21/11 | J | A | |
| 66. - Fidelity Advisor New Insights Fd Cl A | A | Dividend | J | T | Sold (part) | 04/21/11 | J | A | |
| 67. - Meridian Growth Fund | A | Dividend | J | T | Sold (part) | 04/21/11 | J | A | |
| 68. - Nuveen High Yield Municipal Bond Fd Cl A | A | Interest | J | T | Buy (add'l) | 04/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Vanguard Inflation Protected Securities Fund | A | Dividend | K | T | Sold (part) | 04/21/11 | J | A | |
| 70. - ING Global Real Estate Fd Cl A | A | Dividend | J | T | Buy (add'l) | 04/21/11 | J | | |
| 71. - U S Savings Bonds (X) (see part VIII) | E | Interest | | | Redeemed | 06/08/11 | K | | |
| 72. Whirlpool Corp. common | A | Dividend | J | T | | | | | |
| 73. IRA # 8 (MEP-FM-Rth-DM) (731) | | | | | | | | | |
| 74. - Fidelity Large Cap Stock Fund | A | Dividend | J | T | | | | | |
| 75. - Fidelity Select Biotechnology Fund | A | Dividend | J | T | | | | | |
| 76. - Fidelity US Gov't Reserves | A | Dividend | J | T | | | | | |
| 77. IRA # 9 (MEP-FM-DM) (723) | | | | | | | | | |
| 78. - Fidelity Diversified International Fund | | None | | | Sold | 01/06/11 | J | | |
| 79. - Fidelity Intl Cap Appreciation Fund | | None | | | Sold | 01/06/11 | J | | |
| 80. - Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 81. - Fidelity Telecom & Utilities Fund | | None | | | Sold | 01/06/11 | J | | |
| 82. - Fidelity Mid Cap Stock Fund | | None | | | Sold | 01/06/11 | J | A | |
| 83. - Fidelity New Millennium Fund | | None | | | Sold | 01/06/11 | J | A | |
| 84. IRA #10 (MEP-TRP) (see part VIII) | | | | | | | | | |
| 85. - T. Rowe Price New Asia Fund (see part VIII) | | None | | | Sold | 01/18/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bohm, Jeffrey E. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - T Rowe Price Media & Telecomm Fd (see Part VIII) | | None | | | Sold | 01/18/11 | J | | |
| 87. - T. Rowe Price Science & Technology Fund (see part VIII) | | None | | | Sold | 01/18/11 | J | | |
| 88. Pfizer Inc common | A | Dividend | J | T | | | | | |
| 89. USAA Certificate of Deposit (see part VIII) | A | Interest | J | T | | | | | |
| 90. IRA #11 (770) | | | | | | | | | |
| 91. - New England Securities:Metlife Bank Money Market Account | A | Interest | L | T | | | | | |
| 92. IRA # 12 (1763) | | | | | | | | | |
| 93. - New England Securities Metlife Bank Premier Money Market | A | Interest | J | T | | | | | |
| 94. - Invesco Mid Cap Core Eq Fd Cl A | A | Dividend | J | T | | | | | |
| 95. - Invesco Developing Mkts Fd Cl A | A | Dividend | K | T | | | | | |
| 96. - Invesco Intl Growth Fd Cl A | A | Dividend | L | T | | | | | |
| 97. - Blackrock Equity Dividend Fund Cl A | B | Dividend | L | T | | | | | |
| 98. - Prudential High Yld Fd Inc Cl A | B | Dividend | K | T | | | | | |
| 99. - Gabelli Enterprise Mergers & Acq Fund Cl A | | None | J | T | | | | | |
| 100. - Fidelity Advisor New Insights Fund Cl I | A | Dividend | L | T | | | | | |
| 101. - Franklin/Templeton Hard Currency Fund Cl A | A | Dividend | J | T | | | | | |
| 102. - Hussman Strategic Growth Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - ING Global Real Estate Fund Cl A | A | Dividend | K | T | | | | | |
| 104. - Perkins Mid Cap Value Fund Cl A | A | Dividend | J | T | | | | | |
| 105. - PIMCO Commodity Real Return Strategy Fund Cl D | C | Dividend | J | T | | | | | |
| 106. - PIMCO Total Return Fund Cl D | A | Dividend | K | T | | | | | |
| 107. - Templeton Global Bond Fund Cl A | B | Dividend | K | T | | | | | |
| 108. - Thornburg International Value Fund Cl A | A | Dividend | L | T | | | | | |
| 109. - Invesco Van Kampen Sm Cp Val Fd Cl A | A | Dividend | J | T | | | | | |
| 110. - Invesco Van Kampen Sm Cp Grwth Fd Cl A | A | Dividend | J | T | | | | | |
| 111. - Doubleline Total Return Bd Fd Cl I | B | Dividend | K | T | | | | | |
| 112. - MFS Emerging Markets Debt Fd Cl A | B | Dividend | K | T | | | | | |
| 113. Inland American Real Estate Trust | A | Dividend | J | T | | | | | |
| 114. Powell Mineral Trust - (see part VIII) | A | Royalty | J | W | | | | | |
| 115. IRA #13█████ | | | | | | | | | |
| 116. - Community Natl Bank account | | None | J | T | | | | | |
| 117. - CNL Lifestype Prop Inc: CBRE Global Realty Trust (REIT) | B | Dividend | K | T | | | | | |
| 118. Trust Acct # 2 - Trustee (X) (see part VIII) | | | | | | | | | |
| 119. - USAA Growth Fund (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - USAA Precious Metals & Minerals Fund (X) | B | Dividend | K | T | | | | | |
| 121. Trust Acct #3 - Trustee & Beneficiary (X) (see part VIII) | | | | | | | | | |
| 122. - Trust #3 Brokerage Acct #1 (MSSB 014) (X) | | | | | | | | | |
| 123. - - Citibank, NA Bank Deposit Program (X) | | None | J | T | | | | | |
| 124. - -Western Asset Money Market Fd Cl A (X) | A | Dividend | J | T | | | | | |
| 125. - - American High Income Trust Cl F1 (X) | A | Dividend | J | T | Sold (part) | 04/15/11 | J | A | |
| 126. | | | | | Buy (add'l) | 08/16/11 | J | | |
| 127. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 128. | | | | | Sold (part) | 10/07/11 | J | | |
| 129. | | | | | Sold (part) | 10/07/11 | J | | |
| 130. | | | | | Sold (part) | 10/07/11 | J | | |
| 131. - - AT&T Inc. common (X) | A | Dividend | J | T | Buy (add'l) | 09/01/11 | J | | |
| 132. - - Baron Growth Fund (X) | A | Dividend | J | T | Sold (part) | 04/15/11 | J | A | |
| 133. | | | | | Sold (part) | 04/15/11 | J | A | |
| 134. | | | | | Sold (part) | 04/15/11 | J | A | |
| 135. | | | | | Buy (add'l) | 08/16/11 | J | | |
| 136. | | | | | Buy (add'l) | 09/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 10/07/11 | J | | |
| 138. - - Blackrock Income Tr Inc (X) | A | Dividend | | | Sold | 09/01/11 | J | A | |
| 139. - - Campbell Soup Co common (X) | A | Dividend | J | T | | | | | |
| 140. - - Cambiar Small Cap Fund | A | Dividend | J | T | Buy | 08/16/11 | J | | |
| 141. | | | | | Buy (add'l) | 08/16/11 | J | | |
| 142. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 143. | | | | | Sold (part) | 10/07/11 | J | | |
| 144. - - Harding Loevner Intl Eq Inv Cl (X) | A | Dividend | J | T | Sold (part) | 04/15/11 | J | A | |
| 145. | | | | | Sold (part) | 04/15/11 | J | A | |
| 146. | | | | | Sold (part) | 04/15/11 | J | A | |
| 147. | | | | | Buy (add'l) | 08/16/11 | J | | |
| 148. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 149. | | | | | Sold (part) | 10/07/11 | J | | |
| 150. | | | | | Sold (part) | 10/07/11 | J | | |
| 151. - - Janus Perkins Sm Cap Value Fd (X) | | None | | | Sold (part) | 04/15/11 | J | A | |
| 152. | | | | | Sold (part) | 04/15/11 | J | A | |
| 153. | | | | | Sold (part) | 08/16/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 08/16/11 | J | | |
| 155. | | | | | Sold (part) | 08/16/11 | J | | |
| 156. | | | | | Sold | 08/16/11 | J | | |
| 157. - - Lazard Emerging Mkts Eq Portfolio Institutional Shs (X) | A | Dividend | J | T | Sold (part) | 04/15/11 | J | | |
| 158. | | | | | Buy (add'l) | 04/15/11 | J | | |
| 159. | | | | | Buy (add'l) | 08/16/11 | J | | |
| 160. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 161. | | | | | Sold (part) | 10/07/11 | J | | |
| 162. - - Market Vectors Rare Earth Strategic Metals ETF (X) | A | Dividend | J | T | | | | | |
| 163. - - Harris Assoc Inv Tr: Oakmark Fund (X) | A | Dividend | J | T | Buy (add'l) | 04/15/11 | J | | |
| 164. | | | | | Buy (add'l) | 08/16/11 | J | | |
| 165. | | | | | Buy (add'l) | 08/16/11 | J | | |
| 166. | | | | | Buy (add'l) | 08/16/11 | J | | |
| 167. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 168. | | | | | Sold (part) | 10/07/11 | J | | |
| 169. - - Oneok Inc New common (X) | A | Dividend | J | T | | | | | |
| 170. - - Pfizer Inc common (X) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - - PIMCO Foreign Bd (Unhedged) Fd Cl A (X) | A | Dividend | J | T | Sold (part) | 04/15/11 | J | A | |
| 172. | | | | | Sold (part) | 04/15/11 | J | A | |
| 173. | | | | | Sold (part) | 04/15/11 | J | A | |
| 174. | | | | | Sold (part) | 08/16/11 | J | A | |
| 175. | | | | | Sold (part) | 08/16/11 | J | A | |
| 176. | | | | | Sold (part) | 08/16/11 | J | A | |
| 177. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 178. | | | | | Buy (add'l) | 10/07/11 | J | | |
| 179. | | | | | Buy (add'l) | 10/07/11 | J | | |
| 180. | | | | | Buy (add'l) | 10/07/11 | J | | |
| 181. - - PIMCO Total Return Fd Cl D (X) | B | Dividend | K | T | Buy (add'l) | 04/15/11 | J | | |
| 182. | | | | | Buy (add'l) | 04/15/11 | J | | |
| 183. | | | | | Sold (part) | 08/16/11 | J | A | |
| 184. | | | | | Sold (part) | 08/16/11 | J | A | |
| 185. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 186. | | | | | Buy (add'l) | 10/07/11 | J | | |
| 187. | | | | | Buy (add'l) | 10/07/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 10/07/11 | J | | |
| 189. | | | | | Buy (add'l) | 10/07/11 | J | | |
| 190. - - Prudential Jennison Growth Fd Cl Z (X) | | None | K | T | Buy (add'l) | 04/15/11 | J | | |
| 191. | | | | | Buy (add'l) | 04/15/11 | J | | |
| 192. | | | | | Sold (part) | 08/16/11 | J | | |
| 193. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 194. | | | | | Sold (part) | 10/07/11 | J | | |
| 195. - - Rare Element Resources Ltd - CAD (X) | | None | J | T | | | | | |
| 196. - - Sysco Corp common (X) | A | Dividend | J | T | | | | | |
| 197. - Trust #3 Brokerage Acct #2⬛ (X) | | | | | | | | | |
| 198. - - New Eng Sec:Daily Income Money Market Retail Class (X) | A | Interest | J | T | | | | | |
| 199. - - Capital World Bond Fund Cl B (X) | A | Dividend | J | T | | | | | |
| 200. - - Davis New York Venture Cl B (X) | | None | J | T | | | | | |
| 201. - - Dreyfus AMT-Free Muni Bond Fd Cl A (X) | A | Interest | J | T | | | | | |
| 202. - - American Funds:Europacific Growth Fd Cl B (X) | A | Dividend | J | T | | | | | |
| 203. - - Franklin Templeton Hard Curr Fd Cl A (X) | A | Dividend | J | T | | | | | |
| 204. - - American Funds:The Growth Fund of America Cl B (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - - Invesco Cap Developmnt Fd Cl B (X) | | None | J | T | | | | | |
| 206. - - John Hancock High Yld Cl B (X) | A | Dividend | J | T | | | | | |
| 207. - - MFS Emerging Mkts Debt Fd Cl B (X) | A | Dividend | J | T | | | | | |
| 208. - - Putnam Small Cap Value Cl B (X) | | None | J | T | | | | | |
| 209. - - Small Cap World Fd Cl B (X) | | None | J | T | | | | | |
| 210. - - Templeton Global Bd Fd Cl A (X) | A | Dividend | J | T | | | | | |
| 211. - - Van Eck Global Hrd Asts Fd Cl A (X) | A | Dividend | J | T | | | | | |
| 212. - Trust #3 Brokerage Acct #3███ (X) (see part VIII) | | | | | | | | | |
| 213. - -JPMorgan Liquid Assets Money Market (X) | A | Dividend | | | Closed | 07/22/11 | J | | |
| 214. - - Blackrock Capital Apprec Fd Inc Cl A (prev Invt A) | | None | | | Buy | 03/18/11 | J | | |
| 215. | | | | | Distributed (part) | 06/09/11 | J | | |
| 216. | | | | | Distributed (part) | 06/16/11 | J | | |
| 217. | | | | | Distributed | 06/29/11 | J | | |
| 218. - - Delaware Pooled Tr: REIT Instl Cl (Prv Del RE Inst) (X) | A | Dividend | | | Distributed (part) | 06/09/11 | J | | |
| 219. | | | | | Distributed (part) | 06/16/11 | J | | |
| 220. | | | | | Distributed | 06/29/11 | J | | |
| 221. - - Dodge & Cox International Stk Fd (X) | | None | | | Distributed (part) | 06/09/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Distributed (part) | 06/16/11 | J | | |
| 223. | | | | | Distributed | 06/29/11 | J | | |
| 224. - - Harbor International Fund Institutional (X) | | None | | | Distributed (part) | 06/09/11 | J | | |
| 225. | | | | | Distributed (part) | 06/16/11 | J | | |
| 226. | | | | | Distributed | 06/29/11 | J | | |
| 227. - - Ishares TR Russell 2000 Growth Index Fd (X) | A | Dividend | | | Distributed (part) | 06/09/11 | J | | |
| 228. | | | | | Distributed | 06/16/11 | J | | |
| 229. - - Ishares TR Russell Midcap Value Index Fd (X) | A | Dividend | | | Distributed (part) | 06/09/11 | J | | |
| 230. | | | | | Distributed | 06/16/11 | J | | |
| 231. - - JPMorgan Tr II Core Bond Fd Select Cl (prev Shares) (X) | A | Dividend | | | Distributed (part) | 06/09/11 | J | | |
| 232. | | | | | Distributed (part) | 06/16/11 | J | | |
| 233. | | | | | Distributed | 06/29/11 | J | | |
| 234. - - JPMorgan Diversified Mid Cap Growth Fd Select Cl (X) | | None | | | Distributed (part) | 06/09/11 | J | | |
| 235. | | | | | Distributed (part) | 06/16/11 | J | | |
| 236. | | | | | Distributed | 06/29/11 | J | | |
| 237. - - JPMorgan Tr I Emerging Mkts Equity Fund Select (X) | | None | | | Distributed (part) | 06/09/11 | J | | |
| 238. | | | | | Distributed | 06/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - - JPMorgan Tr I Intrepid Value Fd Select Cl (X) | A | Dividend | | | Distributed (part) | 06/09/11 | J | | |
| 240. | | | | | Distributed (part) | 06/16/11 | J | | |
| 241. | | | | | Distributed | 06/29/11 | J | | |
| 242. - - JPMorgan Treasury & Agency Fd Select Cl (prev Shs) (X) | A | Dividend | | | Distributed (part) | 06/09/11 | J | | |
| 243. | | | | | Distributed (part) | 06/16/11 | J | | |
| 244. | | | | | Distributed | 06/29/11 | J | | |
| 245. - - Marsico Focus (X) | | None | | | Sold | 03/16/11 | J | | |
| 246. - - PIMCO Total Return Instl Cl (X) | A | Dividend | | | Distributed (part) | 06/09/11 | J | | |
| 247. | | | | | Distributed (part) | 06/16/11 | J | | |
| 248. | | | | | Distributed | 06/29/11 | J | | |
| 249. - - Royce Total Rtn Fd (Inv Cl) (X) | A | Dividend | | | Distributed (part) | 06/09/11 | J | | |
| 250. | | | | | Distributed (part) | 06/16/11 | J | | |
| 251. | | | | | Distributed | 06/29/11 | J | | |
| 252. - - Thornburg Inv Tr Value Fd Cl I (X) | A | Dividend | | | Distributed (part) | 06/09/11 | J | | |
| 253. | | | | | Distributed (part) | 06/16/11 | J | | |
| 254. | | | | | Distributed | 06/29/11 | J | | |
| 255. - - Transamerica Aegon Hgh Yld Bd Cl A (X) | A | Dividend | | | Distributed (part) | 06/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Distributed (part) | 06/16/11 | J | | |
| 257. | | | | | Distributed | 06/29/11 | J | | |
| 258. - - Western Asset Core Bond Port Cl I (X) | A | Dividend | | | Distributed (part) | 06/09/11 | J | | |
| 259. | | | | | Distributed (part) | 06/16/11 | J | | |
| 260. | | | | | Distributed | 06/29/11 | J | | |
| 261. - Trust #3 Brokerage Acct #4███ ) (X) (see part VIII) | | | | | | | | | |
| 262. - - Ford Mtr Co Del Com (X) | | None | | | Distributed | 06/09/11 | J | | |
| 263. - Trust #3 Brokerage Acct #5 (███████ ) (X)(see part VIII) | | | | | | | | | |
| 264. - - JPMorgan TR II Liquid Assets MMkt Fd Morgan Sh Cl | A | Dividend | J | T | Open | 06/09/11 | J | | |
| 265. - - Blackrock Cap Apprec Fd Inc Cl A (X) | | None | J | T | | | | | |
| 266. - - Delaware Pooled Tr:REIT Instl Cl (X) | A | Dividend | J | T | | | | | |
| 267. - - Dodge & Cox Intl Stk Fd (X) | A | Dividend | J | T | | | | | |
| 268. - - Ford Mtr Co Del Com (X) | | None | J | T | | | | | |
| 269. - - Harbor Intl Fd Institutional (X) | A | Dividend | J | T | | | | | |
| 270. - - Ishares TR Russell 2000 Growth Index Fd (X) | A | Dividend | J | T | | | | | |
| 271. - - Ishares TR Russell Midcap Val Index Fd (X) | A | Dividend | J | T | | | | | |
| 272. - - JPMorgan Tr II Core Bd Fd Sel Cl (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - - JPMorgan Diversified Mid Cap Growth Fd Sel Cl (X) | A | Dividend | J | T | | | | | |
| 274. - - JPMorgan Tr I Emerging Mkts Equity Fd Sel (X) | A | Dividend | J | T | | | | | |
| 275. - - JPMorgan Tr I Intrepid Value Fd Sel Cl (X) | A | Dividend | J | T | | | | | |
| 276. - - JPMorgan Treasury & Agency Fd Sel Cl (X) | A | Dividend | J | T | | | | | |
| 277. - - PIMCO Total Return Fd Institutional Cl (X) | A | Dividend | J | T | | | | | |
| 278. - - Royce Total Return Fd (X) | A | Dividend | J | T | | | | | |
| 279. - - Thornburg Invt Tr Value Fd Cl I (X) | A | Dividend | J | T | | | | | |
| 280. - - Transamerica Aegon Hgh Yld Bd Cl A (X) | A | Dividend | J | T | | | | | |
| 281. - - Western Asset Core Bond Port Cl I (X) | A | Dividend | J | T | | | | | |
| 282. - Trust #3 Brokerage Acct #6██████ (X) (see part VIII) | | | | | | | | | |
| 283. - - JPMorgan TR II Mun MMkt Fd Morgan Cl | | None | J | T | Open | 06/10/11 | J | | |
| 284. - - Blackrock Cap Apprec Fd Inc Cl A (X) | | None | J | T | | | | | |
| 285. - - Delaware Pooled Tr: REIT Instit Cl (X) | A | Dividend | J | T | | | | | |
| 286. - - Dodge & Cox Intl Stk Fd (X) | A | Dividend | J | T | | | | | |
| 287. - - Ford Mtr Co Del Com (X) | | None | J | T | | | | | |
| 288. - - Harbor Intl Fd Institutional (X) | A | Dividend | J | T | | | | | |
| 289. - - Ishares TR Russell 2000 Growth Index Fd (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - - Ishares TR Russell Midcap Val Index Fd (X) | A | Dividend | J | T | | | | | |
| 291. - - JPMorgan Tr II Core Bd Sel Cl (X) | A | Dividend | J | T | | | | | |
| 292. - - JPMorgan Diversified Mid Cap Growth Fd Sel Cl (X) | A | Dividend | J | T | | | | | |
| 293. - - JPMorgan Tr I Emerging Mkts Equity Fd Sel (X) | A | Dividend | J | T | | | | | |
| 294. - - JPMorgan Tr I Intrepid Value Fd Sel Cl (X) | A | Dividend | J | T | | | | | |
| 295. - - JPMorgan Treasury & Agency Fd Sel Cl (X) | A | Dividend | J | T | | | | | |
| 296. - - PIMCO Total Return Fd Institutional Cl (X) | A | Dividend | J | T | | | | | |
| 297. - - Royce Total Return Fund (X) | A | Dividend | J | T | | | | | |
| 298. - - Thornburg Invt Tr Value Fund Cl I (X) | A | Dividend | J | T | | | | | |
| 299. - - Transamerica Aegon Hgh Yld Bd Cl A (X) | A | Dividend | J | T | | | | | |
| 300. - - Western Asset Core Bond Port Cl I (X) | A | Dividend | J | T | | | | | |
| 301. - Real Estate: Northville, Wayne Co, MI house (X) | | None | L | W | | | | | |
| 302. - JPMorgan Chase Bank, N.A. Accounts | | None | J | T | Open | 06/24/11 | J | | |
| 303. - Antique Furniture, Artwork, China & Silverware (X) | | None | | | Distributed | 03/31/11 | K | | |
| 304. - Collectibles (Artwork, Coins & Pottery) (X) | | None | | | Distributed | 03/31/11 | K | | |
| 305. - Vehicle (X) | | None | | | Distributed | 03/31/11 | K | | |
| 306. - U S Savings Bonds (X) (see part VIII) | E | Interest | | | Redeemed | 06/08/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Genworth Life & Annuity Ins Co - Annuity(X) | | None | | | Closed | 12/27/11 | M | | |
| 308. - Genworth Life & Annuity Ins Co - IRA Annuity (X) | | None | | | Closed | 10/23/11 | L | | |
| 309. - Jackson Natl Life Ins Co Inc:Pers L - IRA Annuity #1(X) | | None | | | Closed | 10/19/11 | L | | |
| 310. - Jackson Natl Life Ins Co Inc:Pers L - IRA Annuity #2 (X) | | None | | | Closed | 10/19/11 | M | | |
| 311. - Jackson Natl Life Ins Co Inc:Pers L - IRA Annuity #3 | D | Int./Div. | N | T | Buy | 10/20/11 | N | | |
| 312. | | | | | Buy (add'l) | 10/26/11 | L | | |
| 313. - Pacific Life IRA Annuity: Pacific Innov Sel - IRA Annty | C | Int./Div. | M | T | Buy | 10/19/11 | M | | |
| 314. - Prudential Annuities Life Asrnce Corp: AS AdvisorIRA(X) | | None | | | Closed | 10/17/11 | N | | |
| 315. T Rowe Price Intl Growth & Income Fd (X) (see part VIII) | A | Dividend | J | T | | | | | |
| 316. Estate #1 - █████████ (X) (see part VIII) | | | | | | | | | |
| 317. - ING USA Annuity & Life Insurance Co (X) | | None | | | Closed | 05/16/11 | J | | |
| 318. - Bank Austria Creditanstalt Acct (X) | A | Interest | | | Closed | 08/24/11 | J | | |
| 319. -PIA-Euro Govt Bond Sh (A), Depository Vienna, Austria (X) | C | Interest | | | Sold (part) | 02/10/11 | J | | |
| 320. | | | | | Sold | 08/24/11 | M | | |
| 321. - JPMorgan Chase Bank, N.A. account | A | Interest | N | T | Open | 06/08/11 | M | | |
| 322. - JPMorgan Chase Bank, N.A. CD (X) | A | Interest | | | Closed | 04/07/11 | J | | |
| 323. - Legacy Treasury Direct - Treasury Note (X) | A | Interest | | | Sold | 02/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Frontier Communications Corp. common (X) | B | Dividend | | | Sold | 05/25/11 | L | | |
| 325. - Monsanto Company common (X) | A | Dividend | | | Sold | 05/23/11 | K | | |
| 326. - Pfizer Inc common (X) | A | Dividend | | | Sold | 06/20/11 | K | B | |
| 327. - USAA Federal Savings Bank Acct (X) | A | Interest | | | Closed | 05/24/11 | J | | |
| 328. - Solutia Inc common (X) | | None | | | Sold | 05/10/11 | J | | |
| 329. Real Estate:Waynesburg,PA Land - ▮ (X) (see part VIII) | | None | | | Sold | 12/28/11 | L | E | Kirby Development, LLC |
| 330. Iberiabank (see part VIII) | A | Interest | K | T | Open | 08/10/11 | L | | |
| 331. Brokerage Account #1 ▮ (X) (see part VIII) | | | | | | | | | |
| 332. - MFB Northern Fds Money Mkt Fd | A | Dividend | J | T | Open | 09/29/11 | M | | |
| 333. - MFB Northern Fds Income Equity Fd (X) | A | Dividend | | | Sold | 11/09/11 | J | B | |
| 334. - MFB Northern Fds Stk Index Fd (X) | A | Dividend | M | T | Buy (add'l) | 11/09/11 | L | | |
| 335. | | | | | Sold (part) | 11/17/11 | J | A | |
| 336. - MFC SPDR S&P Midcap 400 ETF Tr Unit Ser 1 S&P Dep Rcpt(X) | | None | | | Sold | 11/09/11 | J | C | |
| 337. - MFB Northern Fds Small Cap Index Fd (X) | A | Dividend | K | T | Buy (add'l) | 11/10/11 | J | | |
| 338. | | | | | Buy (add'l) | 11/17/11 | J | | |
| 339. - MFC Ishares TR MSCI EAFE Index Fd (X) | | None | | | Sold | 11/09/11 | J | C | |
| 340. - MFB Northern Intl Equity Index Fd (X) | B | Dividend | L | T | Buy (add'l) | 11/09/11 | K | | |

| | | | |
|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 11/17/11 | J | | |
| 342. - MFB Northern Fds Emerging Mkts Equity Index Fd (X) | A | Dividend | K | T | Buy (add'l) | 11/09/11 | K | | |
| 343. | | | | | Sold (part) | 11/17/11 | J | A | |
| 344. - MFB Northern Fds Fixed Income Fd (X) | A | Dividend | | | Sold | 11/09/11 | L | D | |
| 345. - MFB Northern High Yield Fixed Income Fd (X) | A | Dividend | K | T | Buy (add'l) | 11/09/11 | K | | |
| 346. | | | | | Buy (add'l) | 11/17/11 | J | | |
| 347. - MFO Vngrd Fxd Inc Secs Fd Inc Infltn- Prot Sec Fd #19 (X) | | None | | | Sold | 11/10/11 | J | B | |
| 348. - MFC SPDR Gold Tr Shs (X) | | None | K | T | Sold (part) | 10/13/11 | J | A | |
| 349. | | | | | Sold (part) | 11/14/11 | J | A | |
| 350. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 351. | | | | | Buy (add'l) | 11/17/11 | J | | |
| 352. | | | | | Sold (part) | 12/09/11 | J | A | |
| 353. - MFO PIMCO PAC Invt Mgmt Ser Comm Real Rtn Strat Fd I (X) | A | Dividend | J | T | Sold (part) | 11/10/11 | J | A | |
| 354. - MFB Northern Fds Global Real Estate Index Fd | A | Dividend | J | T | Buy | 11/09/11 | J | | |
| 355. | | | | | Sold (part) | 11/17/11 | J | | |
| 356. - MFB Northern Fds Bd Index Fd | A | Dividend | L | T | Buy | 11/09/11 | L | | |
| 357. | | | | | Buy (add'l) | 11/17/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - MFB Northern Mid Cap Index Fd | A | Dividend | K | T | Buy | 11/09/11 | K | | |
| 359. | | | | | Sold (part) | 11/17/11 | J | | |
| 360. - MFB Northern Short Intermediate US Govt | A | Dividend | | | Buy | 11/09/11 | J | | |
| 361. | | | | | Sold | 11/17/11 | J | | |
| 362. - MFC Flexshs Tr Iboxx 5 Yr Target Duration Tips Index Fd | A | Dividend | J | T | Buy | 11/09/11 | J | | |
| 363. - MFC Flexshs Tr Morningstar Glbl Upstream Natl Res Indx Fd | A | Dividend | J | T | Buy | 11/09/11 | J | | |
| 364. - MFC Flexshares Tr Iboxx 3 Yr Target Duration Tips Indx Fd | A | Dividend | J | T | Buy | 11/10/11 | J | | |
| 365. Citigroup Global Mrkts Inc - IRA # 14 (X) (see part VIII) | | None | | | Closed | 09/09/11 | J | | |
| 366. USAA Federal Savings Bank - IRA #15 JB (X) (see part VIII) | A | Interest | | | Closed | 03/16/11 | J | | |
| 367. Metlife, Inc. common (X) (see part VIII) | | None | | | Sold | 05/19/11 | J | | |
| 368. United States Savings Bonds (X) (see part VIII) | D | Interest | | | Redeemed | 06/08/11 | J | | |
| 369. Trust #4 - ████████ ) (X) (see part VIII) | B | Int./Div. | | | | | | | |
| 370. - MFB Northern Fds Money Mkt Fd (X) | | | | | Distributed (part) | 09/29/11 | M | | |
| 371. | | | | | Distributed | 10/04/11 | J | | |
| 372. - MFB Northern Fds Income Equity Fd (X) | | | | | Distributed | 10/05/11 | J | | |
| 373. - MFB Northern Fds Stk Index Fd (X) | | | | | Distributed | 10/05/11 | K | | |
| 374. - MFC SPDR S&P Midcap 400 ETF Tr Unit Ser 1 S&P Dep Rcpt (X) | | | | | Distributed | 10/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - MFB Northern Fds Small Cap Index Fd (X) | | | | | Distributed | 10/05/11 | J | | |
| 376. - MFC Ishares TR MSCI EAFE Index Fd (X) | | | | | Distributed | 10/03/11 | J | | |
| 377. - MFB Northern Intl Equity Index Fd (X) | | | | | Distributed | 10/05/11 | J | | |
| 378. - MFB Northern Fds Emerging Mkts Equity Index Fd (X) | | | | | Distributed | 10/05/11 | K | | |
| 379. - MFB Northern Fds Fixed Income Fd (X) | | | | | Distributed | 10/05/11 | L | | |
| 380. - MFB Northern High Yield Fixed Income Fd (X) | | | | | Distributed | 10/05/11 | K | | |
| 381. - MFO Vngrd Fxd Inc Secs Fd Inc Infltn-Prot Sec Fd #19 (X) | | | | | Distributed | 10/11/11 | J | | |
| 382. - MFC SPDR Gold Tr Shs (X) | | | | | Distributed | 10/03/11 | J | | |
| 383. - MFO PIMCO PAC Invt Mgmt Ser Comm Real Rtn Strat Fd I (X) | | | | | Distributed | 10/11/11 | J | | |
| 384. Estate #2 - (X) (see part VIII) | None | | | | | | | | |
| 385. - Nabors Industries Ltd common (X) | | | | | Sold | 08/08/11 | J | | |
| 386. - AT&T Inc common (X) | | | | | Sold | 08/08/11 | J | | |
| 387. - Bank of America common (X) | | | | | Sold | 08/08/11 | J | | |
| 388. - Boardwalk Pipeline Partners LP (X) | | | | | Sold | 08/08/11 | J | | |
| 389. - Bristol Myers Squibb Co. common (X) | | | | | Sold | 08/08/11 | J | | |
| 390. - Caterpillar Inc. common (X) | | | | | Sold | 08/08/11 | K | | |
| 391. - Cemex S.A.B. De C.V. SPONS ADR (X) | | | | | Sold | 08/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Jeffrey E. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392.  - Centurylink, Inc. common (X) | | | | | Sold | 08/08/11 | J | | |
| 393.  - Congara Foods, Inc. common (X) | | | | | Sold | 08/08/11 | J | | |
| 394.  - E I Du Pont De Nemours & Co. common (X) | | | | | Sold | 08/08/11 | J | | |
| 395.  - Frontier Communications Corp. common (X) | | | | | Sold | 08/08/11 | J | | |
| 396.  - General Electric Co. common (X) | | | | | Sold | 08/08/11 | J | | |
| 397.  - Glaxosmithkline PLC SP ADR (X) | | | | | Sold | 08/08/11 | J | | |
| 398.  - H.J. Heinz Co. common (X) | | | | | Sold | 08/08/11 | J | | |
| 399.  - Hershey Company common (X) | | | | | Sold | 08/08/11 | J | | |
| 400.  - Integrys Energy Group Inc. common (X) | | | | | Sold | 08/08/11 | J | | |
| 401.  - Johnson & Johnson common (X) | | | | | Sold | 08/08/11 | J | | |
| 402.  - Kinder Morgan Energy Prtnrs LP (X) | | | | | Sold | 08/08/11 | J | | |
| 403.  - Kraft Foods Inc. Class A (X) | | | | | Sold | 08/08/11 | J | | |
| 404.  - Magellan Midstream Partners LP (X) | | | | | Sold | 08/08/11 | J | | |
| 405.  - Microsoft Corp common (X) | | | | | Sold | 08/08/11 | J | | |
| 406.  - Motorola Solutions Inc. common (X) | | | | | Sold | 08/08/11 | J | | |
| 407.  - Motorola Mobility Holdings Inc. common (X) | | | | | Sold | 08/08/11 | J | | |
| 408.  - New York Community Bancorp common (X) | | | | | Sold | 08/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 29 of 33

Name of Person Reporting

Bohm, Jeffrey E.

Date of Report

08/13/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - Nextera Energy Inc. common (X) | | | | | Sold | 08/08/11 | J | | |
| 410. - Nokia Corp Sponsored ADR (X) | | | | | Sold | 08/08/11 | J | | |
| 411. - OGE Energy Corp common (X) | | | | | Sold | 08/08/11 | J | | |
| 412. - PNC Financial Services Group common (X) | | | | | Sold | 08/08/11 | J | | |
| 413. - Siemens A G SPONS ADR (X) | | | | | Sold | 08/08/11 | J | | |
| 414. - Suntrust Banks Inc. common (X) | | | | | Sold | 08/08/11 | J | | |
| 415. - Textron Inc. common (X) | | | | | Sold | 08/08/11 | J | | |
| 416. - Ventas Inc. common (X) | | | | | Sold | 08/08/11 | J | | |
| 417. - Verizon Communications common (X) | | | | | Sold | 08/08/11 | J | | |
| 418. - Vodafone Group PLC SPONS ADR (X) | | | | | Sold | 08/08/11 | J | | |
| 419. - Powershares QQQ TR SER 1 (X) | | | | | Sold | 08/08/11 | J | | |
| 420. - PIMCO Income Strategy FD 11 (X) | | | | | Sold | 08/08/11 | J | | |
| 421. - Nuveen Municipal Advantage Fd (X) | | | | | Sold | 08/08/11 | J | | |
| 422. - General Electric CAP Corp. common (X) | | | | | Sold | 08/08/11 | J | | |
| 423. - Wells Fargo CAP TR VI 5.85% (X) | | | | | Sold | 08/08/11 | J | | |
| 424. - Pioneer High Income Mun. Fd (X) | | | | | Sold | 08/08/11 | J | A | |
| 425. - US West Communications Debs (X) | | | | | Sold | 08/08/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Real Estate: Venice, Fl house - ▮▮▮ (X) (see part VIII) | | None | | | Sold | 12/15/11 | K | | R E Vieta & D Browning |
| 427. Fidelity Inv:Freedom ▮▮▮▮▮▮▮ Ret (X) (see part VIII) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Part VI, page 4, line 1: Chase Southwest Airlines VISA had a balance at 12-31-11 of K, but was paid off in January of 2012.

(2) Part VII, page 5, lines 1 and 2: ▮▮▮ mother died on 7/28/11. ▮▮▮ deposited inherited funds in these accounts in late 2011, which caused the value to increase from J reported in 2010 to M reported in 2011.

(3) Part VII, page 5, line 6: For several years, ▮▮▮ had two accounts at JP Morgan Chase Bank, N.A., and I was an authorized signatory on these accounts. The funds in these accounts belonged to ▮▮▮, but because I was authorized to sign on these accounts, I made disclosure as if I owned the funds. ▮▮▮ died on 2/4/11. Therefore, because I was an authorized signatory on these two accounts, the funds in these accounts belonged to me upon ▮▮▮ death. One of my ▮▮▮ accounts is now closed, and the funds were transferred to 2 new accounts in my name only. The other account remains open. Accordingly, I have set forth that the value is L.

(4) Part VII, page 7, line 37: IRA #4 and IRA #5 were closed in 2009. Thus, in this report, IRA #6 follows IRA #3.

(5) Part VII, page 7, line 50: In January of 2006, ▮▮▮ I conveyed rental property to Schulle, LLC, a company which ▮▮▮ I formed for the purpose of owning this rental property. This real property is located in Austin, Travis County, Texas.

(6) Part VII, page 9, line 71, page 22, line 306 and page 26, line 368: ▮▮▮ on 2/4/11. As personal representative of ▮ estate, I was responsible for disposing of the contents of ▮ safety deposit box. When I opened the box, I discovered United States savings bonds issued in the names of trust #1 and trust #3. These bonds have not been reported as an asset of trust #1 in the past, as I was not aware of their existence. These bonds were redeemed on 6/8/2011. Fifty percent of the bond proceeds owned by trust #1 were distributed to me at redemption, as the trust #1 document instructed the trustee to distribute my 50% of trust #1 assets to me outright. The Form 1099-INT issued to trust #1 for its bond redemption, included my 50% share, so I have disclosed this information on line 71. In addition, I have reported my 50% of the trust #1 bond redemption on line 368. The bonds owned by trust #3 are reported on line 306.

(7) Part VII, page 9, lines 84-87: ▮▮▮ inherited this IRA account from an ▮▮▮ who died on 8/26/06. This IRA account was transferred to ▮▮▮ in January of 2008. The assets of this account are listed in line numbers 85-87. Gain/loss information which should be reported on lines 85-87 for the sale of these funds is not provided because T Rowe Price Trust Co is not willing to calculate the cost basis of these sales transactions. The assets in the funds were sold and proceeds distributed on 1/18/11. IRA #10 is now closed.

(8) Part VII, page 10, line 89: ▮▮▮ opened a certificate of deposit with USAA on 2/11/09. The funds in this account belonged to ▮▮▮, but because I was authorized to sign on this account, I made disclosure as if I owned these funds. ▮▮▮ died on 2/4/11. Therefore, because I was an authorized signatory on this certificate of deposit, the funds in this account belonged to me ▮▮▮. Accordingly, I have set forth that the value is J.

(9) Part VII, page 11, lines 114 and page 24, line 329: ▮▮▮ is a beneficiary of the Powell Mineral Trust, a trust created by members of ▮▮▮. In prior years, I inadvertently reported that the trust owned both land and mineral interests in Waynesburg, PA. The land, but not the mineral interests, was sold on 12/28/11, and at that time I discovered that the land, unlike the mineral interests, was not owned by the trust, but that ▮▮▮ owned an undivided 1/3 interest in the land. Therefore, the sale of the land is reflected as an individual transaction on line 329. The mineral interests continue to be held in the Powell Mineral Trust which is reflected on line 114.

(10) Part VII, page 11, line 118 and Page 12, line 121: ▮▮▮ on 2/4/11. ▮▮▮ had a revocable trust which became irrevocable upon ▮ death. I became the trustee of this irrevocable trust ▮▮▮ s death. This trust is reported as Trust #3, on lines 121 to 314. The terms of trust #3 created another trust, which is known as trust #2 in this report. I am also the trustee of trust #2, which is reported on lines 118 - 120.

(11) Part VII, page 17, line 212, page 20, line 263, and page 21, line 282: ▮▮▮ died on 2/4/11. Trust #3 was ▮ revocable trust that became irrevocable upon his death. Brokerage account #3, which is owned by trust #3, reported on lines 212 to 260, was distributed into 2 separate brokerage accounts, still owned by trust #3, in anticipation of the distribution of the assets in this brokerage account to the trust beneficiaries. The two brokerage accounts set up for this purpose are reported as trust #3, brokerage account #5, pages 20 and 21, lines 263 to 281 and trust #3, brokerage account #6, lines 282 to 300. Cash funds held in a money market account in brokerage account #3 (line 213) were moved to different money market accounts when the funds were transferred to brokerage accounts # 5 and #6 (see lines 264 and 283), so these money market accounts are reflected as closed and opened, rather than distributed.

(12) Part VII, page 20, line 261: : ▮▮▮ died on 2/4/11. Trust #3 was ▮ revocable trust that became irrevocable upon his death. Brokerage account #4, which is owned by trust #3, reported on page 20, lines 261 and 262, was distributed into 2 separate brokerage accounts, still owned by trust #3, in anticipation of the distribution of the assets in this brokerage account to the trust beneficiaries. The two brokerage accounts set up for this purpose are reported as trust #3, brokerage account #5, pages 20 and 21, lines 263 to 281 and trust #3, brokerage account #6, lines 282 to 300. The Ford Mtr Co stock from brokerage account #4 is shown on lines 268 and 287.

(13) Part VII, page 23, line 315: ▮▮▮ died on 7/28/11. ▮▮▮ inherited the T Rowe Price International Growth and Income Fund reported on line 315 from ▮▮▮.

(14) Part VII, page 23, line 316: ▮▮▮ died on 2/4/11. I am the personal representative of ▮ estate. The assets of ▮ estate are reported on lines 316 - 328.

(15) Part VII, page 24, line 330: ▮▮▮ died on 7/28/11. This account was opened to transfer funds on account at this financial instutution that ▮▮▮ inherited from ▮▮▮.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(16) Part VII, pages 24, 25 and 26, lines 331 - 364 and Part VII, pages 26 and 27, lines 369 - 383: ▮▮▮▮▮ died on 7/28/11. ▮▮▮▮▮▮ was the lifetime beneficiary of trust #4, which is reported on pages 26 and 27, lines 369 - 383. Trust #4 terminated upon ▮ death, and ▮▮▮ inherited 1/3 of the assets in this trust. These assets were transferred to brokerage account #1, reported on pages 24, 25 and 26, lines 331 to 364.

(17) Part VII, page 26, line 365: ▮▮▮▮ died on 7/28/11. ▮▮▮▮ inherited IRA # 14 ▮▮▮▮▮ IRA #14 was distributed to ▮▮▮ and the account closed in September of 2011.

(18) Part VII, page 26, line 366: ▮▮▮ died on 2/4/11. I inherited IRA #15, USAA Federal Savings Bank, ▮▮▮▮▮. This IRA was distributed to me and the account was closed on 3/16/2011.

(19) Part VII, page 26, line 367: ▮▮▮▮ on 2/4/11. I inherited Metlife, Inc. common stock ▮▮▮▮. This stock was sold on 5/19/11.

(20) Part VII, page 26, line 369 and page 27, line 384: The income for Trust #4 and Estate #2 is reported in aggregate. There were no assets remaining in either entity at 12-31-11.

(21) Part VII, page 27, line 384: ▮▮▮▮▮ died on 7/28/11. ▮▮▮ is co-executor and 1/3 beneficiary of ▮▮▮ estate. ▮▮▮ 1/3 interest in the estate assets, which were sold, are reported in lines 385 - 425.

(22) Part VII, page 30, line 426: ▮▮▮▮▮ died on 7/28/11. ▮▮▮ inherited an undivided 1/3 interest in ▮▮▮ residence. This house was sold on 12/15/11 to Reginald E Vieta and Denver Browning.

(23) Part VII, page 30, line 427: ▮▮▮▮ 2/4/11. I inherited 50% of ▮ Fidelity retirement savings account held ▮▮▮ employer, Wayne State University.

# FINANCIAL DISCLOSURE REPORT

Page 33 of 33

Name of Person Reporting

Bohm, Jeffrey E.

Date of Report

08/13/2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey E. Bohm**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544